IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Washington, Karen L

Printed: 10/7/08

Case Number: 04 B 44386
Judge: Hollis, Pamela S
Filed: 12/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: May 30, 2008
Confirmed: March 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,020.48 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 9,532.85 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 656.42 |
| Other Funds: |  | 131.21 |
| Totals: | 13,020.48 | 13,020.48 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | World Financial Network Nat'l | Unsecured | 29.28 | 292.75 |
| 4. | Commonwealth Edison | Unsecured | 165.88 | 1,658.84 |
| 5. | B-Line LLC | Unsecured | 640.89 | 6,408.89 |
| 6. | Cingular Wireless | Unsecured | 23.78 | 237.78 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 17.00 | 170.00 |
| 8. | Peoples Energy Corp | Unsecured | 70.55 | 0.00 |
| 9. | Carson Pirie Scott & Co | Unsecured | 76.46 | 764.59 |
| 10. | T Mobile USA | Unsecured | 23.66 | 0.00 |
| 11. | DaimlerChrysler Servs North America | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
| 18. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 19. | New York & Co | Unsecured |  | No Claim Filed |
| 20. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,747.50 | $ 12,232.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 30.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Karen L

Printed: 10/7/08

Case Number: 04 B 44386
Judge: Hollis, Pamela S
Filed: 12/2/04

|  |  |
|---:|---:|
| 3% | 15.18 |
| 5.5% | 255.08 |
| 5% | 51.32 |
| 4.8% | 107.20 |
| 5.4% | 196.81 |
|  | _____ |
|  | $ 656.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

